NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE HO KEUNG TSE,**
*Petitioner.*

———————————

Miscellaneous Docket No. 168

———————————

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in No. 06-CV-6573, Judge Saundra Brown Armstrong.

———————————

**ON PETITION**

———————————

**O R D E R**

Ho Keung Tse submits a petition for a writ of mandamus directing the United States District Court for the Northern District of California to (1) vacate its October 4, 2007 order staying the case pending reexamination of the patent in suit, (2) lift the stay and (3) reassign the case to a different district court judge.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE TSE                                                                    2

 Apple Inc., MusicMatch, Inc., and Sony Network Entertainment International LLC are directed to respond no later than October 15, 2013.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26